UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

CARL VALDES-SANCHEZ,

                Defendant.

**NOTICE OF MOTION**

Case No. 21-CR-167

---

S I R S :

    PLEASE TAKE NOTICE that upon the annexed affidavit of Joseph M. LaTona, Esq., duly sworn to on the 20th day of October, 2025, and upon the indictment and all other proceedings previously had herein, the undersigned will move this Court, at a date and time to be determined by the Court, for orders granting the following relief:

    (1)    Permission for Mr. Valdes-Sanchez to travel to the Syracuse, New York area from October 24th through October 26, 2025;

    (2)    Such other and further relief as the Court deems proper.

DATED:    October 20, 2025
                Buffalo, New York

Respectfully submitted,

*/s/ Joseph M. LaTona*
JOSEPH M. LaTONA
Attorney for Defendant,
  CARL VALDES-SANCHEZ
Office and Post Office Address
716 Brisbane Building
403 Main Street
Buffalo, New York  14203
(716) 842-0416
sandyw@tomburton.com

TO:    MICHAEL DiGIACOMO, ESQ.
       United States Attorney for the
       Western District of New York
       138 Delaware Avenue
       Buffalo, New York  14202
       Attn:  LOUIS A. TESTANI, ESQ.
              Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

CARL VALDES-SANCHEZ,

                Defendant.

**AFFIDAVIT**

Case No. 21-CR-167

---

STATE OF NEW YORK    )
COUNTY OF ERIE        ) ss:
CITY OF BUFFALO      )

JOSEPH M. LaTONA, being duly sworn, deposes and says:

1. I am the attorney assigned to represent the defendant, Carl Valdes-Sanchez.

2. Mr. Valdes-Sanchez wishes to travel to the Syracuse, New York area on October 24, 2025, returning to Buffalo on October 26, 2025.

3. He wishes to participate in a family reunion to see family he has not seen in two years.

4. Mr. Valdes-Sanchez would be staying with his sister, W███ V███, at ███████████████████████████████████████████. Ms. Valdes' phone number is ███████████. On Saturday, October 25th, Mr. Valdes-Sanchez wishes to visit his niece and nephews at ███████████████████████████████████████. He would return to his sister's home that same day.

5.     Mr. Valdes-Sanchez informed deponent that the Probation Department does not oppose this motion. Deponent has been in contact with Assistant United States Attorney Louis Testani, who has no objection to this travel request.

WHEREFORE, deponent respectfully requests that this Court grant the relief set forth in the annexed Notice of Motion, together with such other and further relief as the Court deems proper.

*/s/ Joseph M. LaTona*
JOSEPH M. LaTONA

Sworn to before me this
20th day of October, 2025.

*/s/ Sandra Lee Wright*
Notary Public

SANDRA LEE WRIGHT
Notary Public, State of New York
Qualified in Erie County
My Commission Expires October 29, 2026

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2025 I electronically filed the preceding Notice of Motion with supporting Affidavit with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

**Louis A. Testani, Esq.**
**Assistant United States Attorneys**

**Defense Counsel**

I further hereby certify that I have emailed by United States Postal Service said document to the following non-CM/ECF participants:

**Brian Mamizuka**
**United States Probation Officer**


*/s/ Sandra Lee Wright*
SANDRA LEE WRIGHT