**HON. JOHN L. SINATRA, JR.**
Sentencing Timeline

USA v.  **Melany Rivero-Andrillon**          Case #  **21-cr-167**

**FAILURE TO ADHERE TO THESE DEADLINES WILL RESULT IN AN ADJOURNMENT OF SENTENCING\***

| | | |
|---|---|---|
| Presentence Report to Defendant, Defendant's Counsel & AUSA  45 days prior | Due: | October 21, 2025 |



| | | |
|---|---|---|
| Statements with Respect to Sentencing Factors  Objections to Presentence Report  Sentencing Motions & Sentencing Memoranda  31 days prior | Due: | November 4, 2025 |



| | | |
|---|---|---|
| Responses to Sentencing Motions  Responses to Sentencing Memoranda  Responses to Objections  21 days prior | Due: | November 14, 2025 |



| | | | |
|---|---|---|---|
| Presentence Report to Court  14 days prior | **Character Letters\*\***  14 days prior | Due: | November 21, 2025 |



| | | |
|---|---|---|
| Motions to Adjourn  14 days prior | Due: | November 21, 2025 |



| | | |
|---|---|---|
| Sentencing Date  at least 120 days after the plea or verdict | Date:  Time: | December 5, 2025  10:30 AM |

\*If this schedule is issued after an adjournment of sentencing, the PSR may have already been filed, in which case the PSR deadline is moot.  **All other deadlines apply.**   It is the parties' responsibility to contact Probation, if it is unclear whether a PSR will be updated following an adjournment of the sentencing date.

\*\*Sentencing letters should not be sent by their authors directly to the Court; any such letters will be forwarded to the appropriate counsel of record via U.S. Postal Mail and will not be docketed by the Court. The Court will not retain a copy.  It is counsel's responsibility to provide authors counsel's mailing address for sentencing letters and, then, counsel must file the letters on the docket, if appropriate.