## HON. JOHN L. SINATRA, JR.
### Sentencing Timeline

USA v. **Alberto Fernandez**     Case # **21-cr-167**

**FAILURE TO ADHERE TO THESE DEADLINES WILL RESULT IN AN ADJOURNMENT OF SENTENCING\***

Presentence Report to Defendant, Defendant's Counsel & AUSA
45 days prior
**Due:** December 23, 2025



Statements with Respect to Sentencing Factors
Objections to Presentence Report
Sentencing Motions & Sentencing Memoranda
31 days prior
**Due:** January 6, 2026



Responses to Sentencing Motions
Responses to Sentencing Memoranda
Responses to Objections
21 days prior
**Due:** January 16, 2026



| Presentence Report to Court | **Character Letters\*\*** |
|---|---|
| 14 days prior | 14 days prior |

**Due:** January 23, 2026



Motions to Adjourn
14 days prior
**Due:** January 23, 2026



Sentencing Date
at least 120 days after the plea or verdict
**Date:** February 6, 2026
**Time:** 2:00 PM

\*If this schedule is issued after an adjournment of sentencing, the PSR may have already been filed, in which case the PSR deadline is moot. **All other deadlines apply.**  It is the parties' responsibility to contact Probation, if it is unclear whether a PSR will be updated following an adjournment of the sentencing date.

\*\*Sentencing letters should not be sent by their authors directly to the Court; any such letters will be forwarded to the appropriate counsel of record via U.S. Postal Mail and will not be docketed by the Court. The Court will not retain a copy.  It is counsel's responsibility to provide authors counsel's mailing address for sentencing letters and, then, counsel must file the letters on the docket, if appropriate.